## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Lor Ler Kaw, Lor Ler Hok Koh, Mary Jane Sommerville, and George Thawmoo, | Case No.17-CV-02926 PJS/DTS |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Independent School District #625, | |
| Defendant. | |

This matter is before the Court on the parties' Joint Motion for Voluntary Dismissal with Prejudice filed on November 20, 2018 (Doc. No. 41). On consideration of the parties' motion, IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(2), the above-captioned action is dismissed with prejudice on the below terms, which the Court considers proper.

1. The Court orders that, for a period of three years from the date of the parties' Settlement Agreement, the District of Minnesota shall retain the exclusive jurisdiction to enforce the terms of the Settlement Agreement (other than the release, which may be asserted as a defense to any proceeding that violates the release in any jurisdiction).

2. This Court's jurisdiction to enforce the terms of the Settlement Agreement will cease on November 15, 2021 or upon the final resolution of any proceeding to enforce the Settlement Agreement that is pending on that date.

3. This action is dismissed with prejudice and without costs or attorneys' fees to any party.

Dated: 11/20/18                                              _s/Patrick J. Schiltz_____
                                                             The Honorable Patrick J. Schiltz
                                                             United States District Court Judge